# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| JASON G. TRUFLEY, and | ) Case No: 12-20768-CMB |
| SONYA L. TRUFLEY, | ) |
|     Debtors. | ) Chapter 7 |
| | ) |
| JASON G. TRUFLEY, and | ) |
| SONYA L. TRUFLEY, | ) Related to Document No.: 68, 69 |
|     Movants, | ) |
| | ) Hearing Date: 07/26/2016 |
| v. | ) |
| | ) Hearing Time: 1:30 PM |
| | ) |
| NO RESPONDENT. | ) Response Deadline: 07/22/2016 |
| | ) |
| NATALIE LUTZ CARDIELLO, Trustee. | ) |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO VOLUNTARILY DISMISS CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Case filed on June 29, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Dismiss Case appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Dismiss Case were to be filed and served no later than July 22, 2016.

It is hereby respectfully requested that the Order attached to the Motion to Dismiss Case be entered by the Court.

July 26, 2016

/s/ Dai Rosenblum
Dai Rosenblum, for the Debtors
254 New Castle Road, Suite B
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dailaw@earthlink.net