**1:30 PM**

## PROCEEDING MEMO

**Date:  July 26, 2016**

**In re:  Jason G. Trufley and Sonya L. Trufley**

**Bankruptcy No.  12-20768-CMB**
**Chapter 7**
**Doc. # 68**

**Appearances:**

  **Movant(s):  Dai Rosenblum** ✓

  **Respondent(s):  Natalie Lutz Cardiello, Trustee**

  **Creditor(s):**

**Nature of Proceeding:  Debtors' Motion to Dismiss**

**Additional Pleadings:  #70 Certificate of Service**

**Judge's Notes:**

**Outcome:**

_✓_ Motion is GRANTED  _✓_ Order entered

_____Motion is DENIED  _____Order entered

_____Motion WITHDRAWN

_____Motion is DISMISSED _____ Order entered

_____Reschedule for Proper Service

_____Case DISMISSED _____Order entered

_____Parties to submit Order/Settlement/Stipulation by _____days

_____CONTINUED MATTER:  _____for at least _____days (Court to Issue Order)

_____ to hearing date of _____

____ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____days
                              Respondent(s) brief due _____days
                              Trustee's brief due _____days

FILED
7/27/16 10:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota M. Böhm**
**U. S. Bankruptcy Judge**