# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| JASON G. TRUFLEY, and | ) Case No: 12-20768-CMB |
| SONYA L. TRUFLEY, | ) |
|     Debtors. | ) Chapter 7 |
| | ) |
| JASON G. TRUFLEY, and | ) |
| SONYA L. TRUFLEY, | ) Document No.: 68 |
|     Movants, | ) |
| | ) Hearing Date: July 26, 2016 |
| v. | ) |
| | ) Response Deadline: July 22, 2016 |
| | ) |
| NO RESPONDENT. | ) |
| | ) |
| NATALIE LUTZ CARDIELLO, Trustee. | ) |

## ORDER OF COURT

**And Now,** the ___26th___ day of ___July___, 20_16_, after careful consideration of the Debtors' Motion to Dismiss and all matters of record, **It Is Hereby Ordered** that this case is dismissed without prejudice, terminated, and closed, and that the Debtors shall remain liable for all their debts as if the Bankruptcy Petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C C. § 349, and creditors with claims against the Debtor are directed to 11 U.S.C. § 108(c) for instruction as to the effect of this dismissal on any applicable statute of limitations.

_/s/ Carlota M. Böhm_
CARLOTA M. BÖHM
US BANKRUPTCY JUDGE

FILED
7/27/16 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 12-20768-CMB
Jason G. Trufley                                                    Chapter 7
Sonya L. Trufley
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: kthe                  Page 1 of 2                  Date Rcvd: Jul 27, 2016
                              Form ID: pdf900             Total Noticed: 46
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
```
db/jdb         +Jason G. Trufley,    Sonya L. Trufley,    262 Chicora Road,    Butler, PA 16001-2257
cr             +JPMORGAN CHASE BANK, N.A.,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
13299944       +Accounts Recovery Bureau, Inc.,    PO Box 6766,    Wyomissing, PA 19610-0766
14198745        Armstrong Cable,    P.O. Box 37749,    Philadelphia, PA 19101-5049
14198742       +Benbrook Gastroenterology Associates,    104 Technology Drive,    Suite 202,
                 Butler, PA 16001-1801
13299945        Butler County Clerk of Courts,    P.O. Box 1208,    Butler, PA 16003-1208
13299946        Butler Imaging Interventional,    911 East Brady Street,    Butler, PA 16001
14198744       +Butler Medical Providers,    P.O. Box 1549,    Butler, PA 16003-1549
14198743       +Butler Memorial Hospital,    One Hospital Way,    Butler, PA 16001-4697
13299947        Butler Memorial Hospital,    Attn: Billing Dept.,    911 East Brady Street,    Butler, PA 16001
13299948      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,      P.O. Box 5155,    Norcross, GA 30091)
13402823       +CAPITAL ONE BANK (USA), N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
13299950       +CBCS,    875 Greentree Road,    Pittsburgh, PA 15220-3508
13299949       +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13299952       +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
13299951        Chase,    P.O. Box 78420,    Phoenix, AZ 85062-8420
13299953       +Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
13299955      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell,    P.O. Box 81577,    Austin, TX 78708)
14198747       +Elizur Corporation,    9800A McKnight Road,    Pittsburgh, PA 15237-6032
13299958       #+HSBC,    P.O. Box 5253,    Carol Stream, IL 60197-5253
13403922       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Mail Code: OH4-7126,
                 Columbus, OH 43219-6009
13299960       +Joseph Charlton, Esq.,    617 South Pike Road,    Sarver, PA 16055-9202
13299961       +Midland Credit Management Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
14198749        Pennsylvania Tax Bureau),    Bureau of Enforcement Planning Analysis,    P.O. Box 281221,
                 Harrisburg, PA 17128-1221
13307053       +Santander Consumer USA,    P.O. BOX 560284,    Dallas, TX 75356-0284
13299965       +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13299966       +Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13299967       +WFNNB Fashion Bug,    P.O. Box 182272,    Columbus, OH 43218-2272
14198746        Weirton Medical Center,    610 Colliers Way,    Weirton, WV 26062
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2016 01:52:03
                 Midland Funding LLC by American InfoSource LP as a,     PO Box 4457,    Houston, TX 77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 01:51:21
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
14198748       +E-mail/Text: g20956@att.com Jul 28 2016 01:45:26      ATT Wireless,    P.O. Box 6416,
                 Carol Stream, IL 60197-6416
13325986       +E-mail/Text: BKRMailOps@weltman.com Jul 28 2016 01:44:39      Atlantic Credit and Finance, Inc.,
                 Successor in Interest to HSBC,    c/o Weltman, Weinberg & Reis, Co., LPA,    P.O. Box 6597,
                 Cleveland, OH 44101-1597
13299954       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 28 2016 01:45:16
                 Credit Management Co.,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13299957       +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 01:49:44      GE/Care Credit,    P.O. Box 965036,
                 Orlando, FL 32896-5036
13299959       +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2016 01:49:44      JC Penney,    P.O. Box 965007,
                 Orlando, FL 32896-5007
13537270        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2016 01:51:58      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
13339871       +E-mail/Text: bncmail@w-legal.com Jul 28 2016 01:44:58      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13299962        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2016 01:43:59      PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
13299963        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 01:48:39
                 Portfolio Recovery Associates,    120 Corporate Blvd.,    Ste. 100,    Norfolk, VA 23502
13299964        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 02:28:13
                 Portfolio Recovery Associates,    120 Corporate Blvd.,    Ste. 1W,    Norfolk, VA 23502
13612945        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 02:01:54
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13360881        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2016 02:28:05
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13323606        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2016 01:43:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13354720        E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2016 01:51:36      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0315-2          User: kthe               Page 2 of 2                Date Rcvd: Jul 27, 2016
                              Form ID: pdf900          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13311834          E-mail/Text: bnc-quantum@quantum3group.com Jul 28 2016 01:43:34
                   Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                   Kirkland, WA   98083-0788
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                J.P. Morgan Chase Bank, N.A.
13394708*       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                   PO Box 10390,    Greenville, SC 29603-0390)
13308522*        +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13299956        ##+Equable Ascent Financial,    1120 W. Lake Cook Road,    Ste. A578,    Buffalo Grove, IL 60089-1970
                                                                                       TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    J.P. Morgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Dai Rosenblum    on behalf of Debtor Jason G. Trufley dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmpl24@yahoo.com
              Dai Rosenblum    on behalf of Joint Debtor Sonya L. Trufley dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmpl24@yahoo.com
              Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5
```